UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.   CV 22-4418 JFW (PVC)                                       Date:  June 29, 2022

Title      Richard English v. Eric Garcetti, et al.

Present: The Honorable Pedro V. Castillo, United States Magistrate Judge

|  James Munoz  |  None  |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
|---|---|
| None | None |

**PROCEEDINGS:**  [IN CHAMBERS] ORDER TO SHOW CAUSE WHY PLAINTIFF'S APPLICATION TO PROCEED WITHOUT PREPAYING FEES OR COSTS SHOULD NOT BE DENIED FOR FAILURE TO SIGN AND COMPLETE THE APPLICATION (Dkt. No. 2)

Plaintiff, proceeding *pro se*, has filed a civil rights complaint against multiple Defendants. (Dkt. No. 1). Concurrently with the Complaint, Plaintiff filed an "Application To Proceed in District Court Without Prepaying Fees or Costs." ("Application," Dkt. No. 2). However, the Application is incomplete. Plaintiff has not signed the Application (*id.* at 1) and has left several sections blank (*id.* at ¶¶ 2, 7, 12). Plaintiff bears the burden of showing a financial inability to pay the filing fee and must submit an affidavit that "state[s] the facts as to affiant's poverty with some particularity, definiteness and certainty." *United States v. McQuade*, 647 F.2d 938, 940 (9th Cir. 1981).

Accordingly, Plaintiff is ORDERED TO SHOW CAUSE why his Application should not be denied for failure to sign and complete the Application. Plaintiff may discharge this Order by filing an amended Application providing all of the information requested within **14 days** of the date of this Order. In amending his Application, Plaintiff

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.   CV 22-4418 JFW (PVC)                                      Date:  June 29, 2022

Title        Richard English v. Eric Garcetti, et al.

is strongly urged to use the Central District of California's Request to Proceed In Forma Pauperis (Form CV-60), a copy of which is attached to this Order.  Alternatively, Plaintiff may discharge this order by paying the full filing fee in a form acceptable to the Clerk's Office by the same deadline.

    Plaintiff is explicitly cautioned that the failure to comply with this Order by the Court's deadline will result in a recommendation that this action be dismissed without prejudice for failure to pay the filing fee or make an adequate showing of indigency.

    IT IS SO ORDERED.

00:00

**Initials of Preparer**     jm