UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.   CV 22-4418 JFW (PVC)                                    Date:  October 31, 2022

Title        Richard English v. Eric Garcetti, et al.

Present:  The Honorable Pedro V. Castillo, United States Magistrate Judge

|                Marlene Ramirez                |               None               |
| :--------------------------------------------: | :------------------------------: |
|                 Deputy Clerk                   |      Court Reporter / Recorder   |

  Attorneys Present for Plaintiff:          Attorneys Present for Defendants:
              None                                        None

**PROCEEDINGS:**   [IN CHAMBERS] ORDER TO SHOW CAUSE WHY THE MAGISTRATE JUDGE SHOULD NOT RECOMMEND THAT THIS ACTION BE DISMISSED FOR FAILURE TO PROSECUTE

On June 27, 2022, Plaintiff, proceeding *pro se*, filed a civil rights complaint against multiple Defendants.  (Dkt. No. 1).  On July 1, 2022, the Court granted Plaintiff's request to proceed *in forma pauperis* (IFP).  (Dkt. No. 6).  On July 5, 2022, Plaintiff filed a First Amended Complaint.  (Dkt. No. 7).  On July 29, 2022, the Court granted Plaintiff's application for pro se electronic filing.  (Dkt. No. 13).  On July 19, 2022, the Court screened the First Amended Complaint, found it deficient, and dismissed it with leave to amend.  (Dkt. No. 10).  On August 18, 2022, Plaintiff filed a Second Amended Complaint.  (Dkt. No. 15).

On September 26, 2022, the Court issued a Memorandum and Order Dismissing Second Amended Complaint with Leave to Amend due to various pleading defects.  (Dkt. No. 16).  Plaintiff was required to file either a Third Amended Complaint or Notice of Intention to Stand on Defective Second Amended Complaint by October 26, 2022, if he still wished to pursue this action.  (*See id.* at 25–26).  The Court expressly warned Plaintiff that the failure to file either an amended complaint or a notice of intention to stand on defective complaint by the Court's deadline would result in a recommendation

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.   CV 22-4418 JFW (PVC)                                  Date:  October 31, 2022

Title        Richard English v. Eric Garcetti, et al.

that this action be dismissed with prejudice for failure to prosecute and obey court orders pursuant to Federal Rule of Civil Procedure 41(b).  (*See id.* at 25).  The deadline has expired, and Plaintiff has failed to file either document or request an extension of time in which to do so.

Accordingly, Plaintiff is ORDERED TO SHOW CAUSE, within **14 days** of the date of this Order, why the Magistrate Judge should not recommend that this action be dismissed with prejudice for failure to prosecute.  Plaintiff may discharge this Order by filing either: (1) a Third Amended Complaint, curing the deficiencies of the Second Amended Complaint; (2) a Notice of Intention to Stand on Defective Complaint; **or** (3) a declaration under penalty of perjury stating why he is unable to do so.

If Plaintiff no longer wishes to pursue his claims, he may request a voluntary dismissal of this action pursuant to Federal Rule of Civil Procedure 41(a).  **A Notice of Dismissal form is attached for Plaintiff's convenience.**  Plaintiff is again warned that the failure to timely file a response to this Order will result in a recommendation that this action be dismissed with prejudice for failure to prosecute and obey court orders pursuant to Federal Rule of Civil Procedure 41(b).

IT IS SO ORDERED.

|  | 00:00 |
|---|---|
| Initials of Preparer | mr |

**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA**

| | CASE NUMBER |
|---|---|
| Plaintiff(s), | |
| v. | |
| Defendant(s). | **NOTICE OF DISMISSAL PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 41(a) or (c)** |

PLEASE TAKE NOTICE: (*Check one*)

☐  This action is dismissed by the Plaintiff(s) in its entirety.

☐  The Counterclaim brought by Claimant(s) _____ is dismissed by Claimant(s) in its entirety.

☐  The Cross-Claim brought by Claimants(s) _____ is dismissed by the Claimant(s) in its entirety.

☐  The Third-party Claim brought by Claimant(s) _____ is dismissed by the Claimant(s) in its entirety.

☐  **ONLY** Defendant(s) _____

is/are dismissed from (*check one*) ☐ Complaint, ☐ Counterclaim, ☐ Cross-claim, ☐ Third-Party Claim brought by _____.

The dismissal is made pursuant to F.R.Civ.P. 41(a) or (c).

_____                                   _____
*Date*                                              *Signature of Attorney/Party*

NOTE:  ***F.R.Civ.P. 41(a): This notice may be filed at any time before service by the adverse party of an answer or of a motion for summary judgment, whichever first occurs.***

***F.R.Civ.P. 41(c): Counterclaims, cross-claims & third-party claims may be dismissed before service of a responsive pleading or prior to the beginning of trial.***

CV-09 (03/10)            **NOTICE OF DISMISSAL PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 41(a) or (c)**