JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD ENGLISH,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>ERIC GARCETTI, et al.,<br><br>　　　　　Defendants. | Case No. CV 22-4418 JFW (PVC)<br><br><br>**JUDGMENT** |

Pursuant to the Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the above-captioned action is dismissed with prejudice for failure to prosecute and obey court orders.

Dated: December 2, 2022

　　　　　　　　　　　　　　　　　　　　　　　_John F. Walter_
　　　　　　　　　　　　　　　　　　　　　　　JOHN F. WALTER
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE